AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

FILED

2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA
V.

Francisco Carlos Sanchez-Mejia

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr454-JAH

I, Francisco Carlos Sanchez-Mejia, the above named defendant, who is accused of

8 USC 1325 Illegal entry (Misd)
8 USC 1325 Illegal entry (Fely)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/13/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Sanchez, Francis Mejia
*Defendant*

_____
*Counsel for Defendant*

Before _Barbara Major_
*Judge*

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd